affirmed the order of elimination and the amendatory order; and another denied an application for a rehearing.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

FIDELITY & DEPOSIT COMPANY OF MARYLAND, Appellant, v. JEWETT M. HOFFMAN, Individually and as Administrator with the Will Annexed, etc., and Others, Defendants, and BANK OF WILLIAMSVILLE, Respondent.— Judgment, so far as appealed from, affirmed, with costs. All concur. (The portion of the judgment appealed from refuses to declare deed void and to impress a lien upon realty superior to mortgages in an action to set aside the deed.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

ELEANOR OHLINGER, an Infant, by ELLA B. OHLINGER, Her Guardian ad Litem, Respondent, v. CHARLES F. ADAMS and MURRAY BOYER, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: In view of the charge of the trial court we reach the conclusion that the verdicts were inconsistent and that the interest of justice requires a retrial. (*Tryon* v. *Willbank*, 234 App. Div. 335.) All concur. (The judgment awards plaintiff damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

ELLA B. OHLINGER, Respondent, v. CHARLES F. ADAMS and MURRAY BOYER, Appellants.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

In the Matter of the Application of STEVE KAMINSKY, a Member of St. John's Greek Catholic Church of Syracuse, New York, to Take Proof of Elections, etc., Pursuant to the Provisions of Section 25 of the General Corporation Law.— Motion for a reargument denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

CLARA WHITNEY and ARTHUR C. WHITNEY, Respondents, v. ABRAHAM VAN BORTLE and Others, Appellants, and Another, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NAT J. HUMPHRIES, Alias JAMES BROWN, Appellant, v. WILLIAM HUNT, Warden of Attica State Prison, Attica, New York, Respondent.— Motion for a reargument denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

## (May 28, 1937.)

CHARLES F. PICKERELL, as Administrator, etc., of ANNA MAY PICKERELL, Deceased, Respondent, v. ARTHUR H. MACGRAW, Appellant, and WILLIAM A. CALDWELL, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for death of plaintiff's intestate resulting from a collision between two automobiles. The order denies motion for a new trial.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

ARTHUR H. MACGRAW, Appellant, v. WILLIAM A. CALDWELL and ARCHIBALD MAYNARD, Respondents.— Judgments and orders affirmed, with separate bills of costs. All concur. (The judgments are in favor of defendants in an automobile